

FILED

MAR 25 2011

CLERK, U
EASTERN DIS... COURT
...ALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-MJ-00053 SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST BY THE UNITED |
| ) | STATES TO UNSEAL CASE |
| YASSIN ALI SHAW ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, and request the Court to unseal the above-captioned matter.

DATED: March 25, 2011              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                          By   /s/Kimberly A. Sanchez
                               KIMBERLY A. SANCHEZ
                               Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED: March 25, 2011

                               _____
                               Hon. SANDRA M. SNYDER
                               U.S. Magistrate Judge

1